IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, | : | |
| as subrogee of The Ritz Carlton | : | |
| 15 Mountain View Road | : | |
| Warren, NJ 07061-1615 | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 05-11517 |
| v. | : | |
| | : | |
| and | : | |
| | : | |
| DOWNTOWN BOSTON CINEMAS, LLC | : | |
| 711 Fifth Avenue | : | |
| New York, New York | : | |
| | : | |
| Defendant. | : | |

## MOTION TO DISMISS COMPLAINT

Pursuant to Federal Rules of Civil Procedure (a)(i), the Plaintiff hereby dismisses the above entitled matter.

Attorney for the Plaintiff

BY:   /s/ Patrick Loftus, III
       PATRICK J. LOFTUS, III, ESQUIRE
       BBO #303310
        9 Park Street, Suite 500
       Boston, Mass.  02108
       (617) 723-7770

Date: January 17, 2006